# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM E. KAY, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. _____ |
| | § | |
| CYPRESS-FAIRBANKS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| Defendant. | § | |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Plaintiff's Original Petition (June 26, 2017) |
| 2 | Service of Process (January 23, 2018) |
| 3 | Defendant's Original Answer (February 22, 2018) |
| 4 | Docket Sheet in Cause No. 2017-42311 |
| 5 | List of Parties and Counsel |

# EXHIBIT 1

6/26/2017 10:19 AM
Chris Daniel - District Clerk Harris County
Envelope No. 17828151
By: Nelson Cuero
Filed: 6/26/2017 10:19 AM

## 2017-42311 / Court: 215

No.

| | |
|---|---|
| WILLIAM E. KAY, SR. | IN THE DISTRICT COURT |
| v. | HARRIS COUNTY, TEXAS |
| CY-FAIR INDEPENDENT SCHOOL DISTRICT | _____th JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

William E. Kay, Sr., plaintiff, files this his original petition complaining of Cy-Fair Independent School District, defendant, (hereinafter at times called "Cy-Fair" or "defendant") and for cause of action shows the Court the following:

1. Discovery is intended to be conducted under Level 2 of Rule 190.1, Texas Rules of Civil Procedure.

2. Plaintiff is an individual residing in Houston, Harris County, Texas. His date of birth is August 25, 1936. At all times relevant to this action, plaintiff was over the age of 40. Defendant, is an independent school district with its principal place of business in Harris County, Texas. It may be served with citation by serving defendant's registered agent. At all times relevant hereto, defendant had in excess of twenty employees and was plaintiff's employer. At all times relevant hereto, defendant's principal place of business was located in Harris County, Texas. Plaintiff and defendant entered into verbal and written agreements concerning his employment with defendant, which were entered into and performed in Harris County, Texas.

3. Venue is proper in Harris County, Texas, because an agreement concerning employment between plaintiff and defendant

was entered into in Harris County, Texas, and the actions by defendant of which plaintiff complains occurred in Harris County, Texas.

4. This court has jurisdiction under Texas Labor Code Ann. Section 21.001 et seq. All administrative remedies have been exhausted, including the timely filing of charges of discrimination with the Texas Commission on Civil Rights and the Equal Employment Opportunity Commission.

5. At all times relevant to this action plaintiff was a part time employee of defendant. Plaintiff was capable of performing and did perform the duties of his position. After performing his duties capably and effectively for many years, defendant intentionally commenced and carried out a course of conduct which was intended to force plaintiff from his employment with it. Plaintiff's claims are based, without limitation, upon the following described actions by defendant:

a. Defendant intentionally subjected plaintiff to abusive, hazardous and unhealthy working conditions by requiring plaintiff to perform his required work duties under a supervisor or supervisors who repeatedly subjected him to outrageous and offensive or discriminatory verbal abuse in and around the area where he performed his job duties.

b. Defendant intentionally subjected plaintiff to abusive, hazardous and unhealthy working conditions by requiring plaintiff to perform his required work duties under circumstances where he was subjected to intolerable working conditions in and around the area where he performed his job duties.

c. Defendant intentionally subjected plaintiff to abusive, hazardous and unhealthy working conditions by requiring plaintiff to perform his required work duties under circumstances where he was subjected to unwanted and uninvited interference with his work duties.

d. Defendant intentionally subjected plaintiff to abusive, hazardous and unhealthy working conditions by requiring plaintiff to perform his required work duties under circumstances and under a supervisor who uttered maliciously and belittling statements to him.

All the above actions were taken or operated to discriminate against plaintiff on account of his age in violation of the Age Discrimination in Employment Act and comparable provisions of the Texas Labor Code.

6. Defendant's unlawful conduct has proximately caused plaintiff actual damages, including loss of earnings and earning capacity and employment benefits, and mental anguish in the past which is reasonably expected to extend into the future, all in an amount within the jurisdictional limits of the court, or alternatively not less than $300,000.00.

7. The wrong done by defendant was the kind typified by willfulness, wantonness, and malice for which the law allows the imposition of exemplary damages. Defendant's conduct was intentional or with conscious indifference to the rights of plaintiff and without justification or excuse. Because of the willfulness and recklessness of defendant's actions plaintiff is entitled to recover exemplary damages in an amount within the

jurisdictional limits of the court or alternatively as set forth above.

8. Plaintiff alleges that defendant's actions toward him were pretextual and, that defendant's action were taken to deliberately and willfully force plaintiff from his job on account of his age, in violation of the Age Discrimination in Employment Act and comparable provisions of the Texas Labor Code.

9. Plaintiff has been required to retain counsel and seeks his reasonable attorneys' fees.

**PRAYER**

Wherefore, plaintiff requests that defendant be cited to appear and answer and that on final trial he have the following:

1. Judgment against defendant for damages in an amount within the jurisdictional limits of the court, or alternatively as set forth above.

2. An award of exemplary damages against defendant in a sum within the jurisdictional limits of the court or alternatively as set forth above.

3. Interest prior to judgment from date due to date of judgment at the maximum rate prescribed by law.

4. His costs and reasonable attorneys' fees.

5. Interest after judgment at the maximum lawful rate on all the above sums from date of judgment until paid.

6. Such other and further relief to which he may be justly entitled.

Plaintiff demands a trial by jury.

Respectfully submitted,

Law Office of Woodrow
Epperson

Woodrow Epperson

336 Rim Rock Road
Kerrville, Texas 78028
(713) 973-6303
fax 830 895-3882
State Bar No. 06637000
jepperl068@aol.com

Attorney for
William E. Kay, Sr.

EXHIBIT 2

1/26/2018 2:36 PM
Chris Daniel - District Clerk Harris County
Envelope No. 22099733
By: JEANETTA SPENCER
Filed: 1/26/2018 2:36 PM

CAUSE NO.   201742311

RECEIPT NO.                      0.00      CIV
**********              TR # 73452863

PLAINTIFF: KAY, WILLIAM F (SR)                    In The   215th
          vs.                                     Judicial District Court
DEFENDANT: CY-FAIR INDEPENDENT SCHOOL DISTRICT     of Harris County, Texas
                                                   215TH DISTRICT COURT
                                                   Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: CY-FAIR INDEPENDENT SCHOOL DISTRICT BY SERVING THE SUPERINTENDENT
    MARK HENRY
    10300  JONES ROAD   HOUSTON TX 77065
    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>26th day of June, 2017</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 18th day of January, 2018, under my hand and
seal of said Court.

<u>Issued at request of</u>:                      CHRIS DANIEL, District Clerk
EPPERSON, WOODROW JR.                            Harris County, Texas
520  CADE LOOP                                   201 Caroline, Houston, Texas 77002
INGRAM, TX  78025                                (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 973-6303
<u>Bar No.</u>:  6637000                         Generated By: LEMON, JUSTINA VERNELL
                                                 EGZ//10860632

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                    _____

                                 _____ of _____County, Texas

_____      By _____
        Affiant                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                 _____
                                           Notary Public

N.INT.CITR.P                     *73452863*

CAUSE NO. <u>201742311</u>

| | | |
|---|---|---|
| WILLIAM F. KAY, SR. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 215TH JUDICIAL DISTRICT |
| | § | |
| CY-FAIR INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| **Defendant(s).** | § | HARRIS COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to hand on **Friday, January 19, 2018 at 10:45 AM,**
Executed at: **10300 JONES ROAD, HOUSTON, TX 77065**
within the county of **HARRIS** on **Tuesday, January 23, 2018,**
by delivering to the within named:

### CY-FAIR INDEPENDENT SCHOOL DISTRICT

By delivering to its **Superintendent of Schools, MARK HENRY,** by Certified Mail Return Receipt Requested, a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

PS Form 3811, signed by **ANTHEUS C. WHITE, Authorized Agent** of the Defendant, is attached to this form as proof of delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Charity N. Coleman** who after being duly sworn on oath states: "My name is **Charity N. Coleman.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

                                 **Charity N. Coleman**

Of:   **Dallas County**

By:   *Charity N. Coleman*
        Authorized Person - PSC2761 - Exp 06/30/19

**Subscribed and Sworn to by Charity N. Coleman, Before Me, the undersigned authority, on this** <u>26th</u> **day of January, 2018.**

                    Notary Public in and for the State of Texas



ARMANDO ESQUIVEL
Notary Public
STATE OF TEXAS
ID#128562606
My Comm. Exp. Mar. 28, 2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CY-FAIR INDEPENDENT SCHOOL DISTRICT
C/O MARK HENRY

10300 JONES ROAD
HOUSTON                    TX 77065

9590 9401 0165 5234 3650 98

2. Article Number (Transfer from service label)
7017 2680 0000 9294 7927

PS Form 3811, July 2015 PSN 7530-02-000-9053

O19025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT 3

2/22/2018 10:14 AM
Chris Daniel - District Clerk Harris County
Envelope No. 22693915
By: JEANETTA SPENCER
Filed: 2/22/2018 10:14 AM

## CAUSE NO. 2017-42311

| | | |
|---|---|---|
| **WILLIAM E. KAY, SR.** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **CY-FAIR INDEPENDENT** | § | |
| **SCHOOL DISTRICT** | § | |
| *Defendant* | § | **215TH JUDICIAL DISTRICT** |

### DEFENDANT CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT'S ORIGINAL ANSWER AND DEFENSES

TO THE HONORABLE JUDGE OF THE COURT:

Defendant Cypress-Fairbanks Independent School District ("Cy-Fair ISD", "District" or "Defendant"), files its Original Answer and Defenses, and would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

Cy-Fair ISD asserts this general denial pursuant to Texas Rule of Civil Procedure 92. Cy-Fair ISD denies each and every, all and singular, the material allegations made in the Plaintiff's Original Petition and requests this Court to require strict proof of all such material allegations, as is required by Texas law.

### II.
### AFFIRMATIVE DEFENSES

In asserting the following defenses, Cy-Fair ISD does not admit that the burden of proving the allegations or denials contained in the defenses is upon it, but, to the contrary, asserts that the burden of proving the facts relevant to many of the defenses and the burden of proving the inverse of the allegations contained in many of the defenses is upon the Plaintiff. Moreover,

by asserting any defense, Cy-Fair ISD does not admit any liability, but, to the contrary, specifically denies any and all allegations of liability in the Plaintiff's lawsuit.   Without admitting liability as to any of the Plaintiff's causes of action, Cy-Fair ISD asserts the following defenses:

1.      Cy-Fair ISD affirmatively pleads the defense of governmental immunity from suit and liability.

2.      Cy-Fair ISD affirmatively asserts that Plaintiff's own acts or omissions caused or contributed to the Plaintiff's injuries (if any).

3.      Cy-Fair ISD affirmatively asserts that Plaintiff's damages, if any, should be limited to the extent he has failed to mitigate his damages.

4.      Cy-Fair ISD affirmatively asserts that it is entitled to an offset of any damages based on income or moneys received since the separation of Plaintiff's employment.

5.      Cy-Fair ISD affirmatively asserts that Plaintiff has failed to properly exhaust his administrative remedies.

6.      Cy-Fair ISD affirmatively asserts that Plaintiff's claims are barred by any other defense that constitutes an avoidance or affirmative defense.


### III.
### <u>PRAYER</u>

For these reasons, Defendant Cypress-Fairbanks Independent School District asks that if this case is tried on the merits, this Court will issue a judgment that provides that the Plaintiff take nothing, assesses court costs against the Plaintiff, and awards Cy-Fair ISD its attorneys' fees.  Defendant Cy-Fair ISD additionally requests all other relief to which it is entitled, at law or in equity.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:_____
Christopher B. Gilbert
State Bar No. 00787535
Stephanie A. Hamm
State Bar No. 24069841

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
(713) 583-6744 – Telephone
(713) 583-7698 – Facsimile
cgilbert@thompsonhorton.com

**ATTORNEYS FOR DEFENDANT
CYPRESS-FAIRBANKS INDEPENDENT
SCHOOL DISTRICT**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record by fax or by electronic service, on February 22, 2018, at the following address:

Woodrow Epperson
Law Office of Woodrow Epperson
336 Rim Rock Road
Kerrville, TX  78028

.

_____
Christopher B. Gilbert

EXHIBIT 4

**HCDistrictclerk.com**     KAY, WILLIAM F (SR) vs. CY-FAIR INDEPENDENT          2/12/2018
SCHOOL DISTRICT
Cause: 201742311        CDI: 7       Court: 215

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 6/26/2017 | **Court** | 215th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686330 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | DISCRIMINATION | **JudgeName** | ELAINE H PALMER |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

## POST TRIAL WRITS

| Description | Requested | Assigned | Issued | Returned |
|---|---|---|---|---|

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| KAY, WILLIAM F (SR) | PLAINTIFF - CIVIL | | EPPERSON, WOODROW JR. |
| CY-FAIR INDEPENDENT SCHOOL DISTRICT | DEFENDANT - CIVIL | | |
| CY-FAIR INDEPENDENT SCHOOL DISTRICT BY SERVING THE SUPERINTENDENT | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 6/26/2017 | ORIGINAL PETITION | | | 0 | | EPPERSON, WOODROW JR. | KAY, WILLIAM F (SR) |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | CY-FAIR INDEPENDENT SCHOOL DISTRICT BY SERVING THE SUPERINTENDENT | 1/11/2018 | 1/18/2018 | 1/23/2018 | | | 73452863 | CIV AGCY-CIVILIAN SERVICE AGENCY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 78327983 | Citation and Return of Service(Executed) | | 01/26/2018 | 3 |
| 78214596 | Civil Process Pick-Up Form | | 01/18/2018 | 1 |
| 78138196 | Civil Process Request | | 01/11/2018 | 2 |
| 75666645 | Plaintiff's Original Petition | | 06/26/2017 | 5 |
| -> 75666646 | Civil Case Information Sheet | | 06/26/2017 | 1 |

EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM E. KAY, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. _____ |
| | § | |
| CYPRESS-FAIRBANKS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| Defendant. | § | |

## PARTIES AND COUNSEL

### Plaintiff, William E. Kay Sr.

Woodrow Epperson
jepper1068@aol.com
LAW OFFICE OF WOODROW EPPERSON
336 Rim Rock Road
Kerrville, Texas 78028
Telephone: (713) 973-6303
Facsimile:  (830) 895-3882

*Attorney for Plaintiff*

### Defendant, Cypress-Fairbanks Independent School District

Christopher B. Gilbert
cgilbert@thompsonhorton.com
Stephanie A. Hamm
shamm@thompsonhorton.com
THOMPSON & HORTON LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas  77027
Telephone: (713) 554-6767
Facsimile: (713) 583-8884

*Attorneys for Defendant*